ACCEPTED
04-15-00021-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/10/2015 9:31:50 AM
KEITH HOTTLE
CLERK

No. 04-15-00021-CV

IN THE
COURT OF APPEALS FOR THE
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/10/2015 9:31:50 AM
KEITH E. HOTTLE
Clerk

BOARD OF ADJUSTMENT FOR THE CITY OF SAN ANTONIO
APPELLANT

VERSUS

MICHAEL AND THERESA HAYES
APPELLEES

APPEAL FROM THE COUNTY COURT AT LAW NUMBER TEN, BEXAR COUNTY, TEXAS
NO. 2014CV00284

## Appellees' Unopposed Motion to Postpone Oral Argument

Pursuant to Texas Rule of Civil Procedure 10.5(c), Appellees Michael and Theresa Hayes file this Unopposed Motion to Postpone Oral Argument.

1. On October 26th, this Court scheduled oral argument for December 16, 2015. This date presents a conflict for Appellees' counsel because David Earl is getting married on December 12, 2015, and will be on his honeymoon out of the country thereafter through December 23, 2015. Leslie Hyman will be travelling to visit family out of state from December 25 through January 5, 2016. These trips were scheduled before this Court scheduled oral argument.

{00071220}

2.     Appellant does not oppose postponing oral argument.

3.     In accordance with Texas Rule of Appellate Procedure 10.5(c), Appellees move to postpone oral argument and reschedule it for any day after January 5, 2016.

WHEREFORE Appellees pray that this Motion be granted such that oral argument, currently set for December 16, 2015, be postponed to any day after January 5, 2016.

Respectfully submitted,
**PULMAN, CAPPUCCIO,**
**PULLEN, BENSON & JONES, LP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By:  */s/ Leslie Sara Hyman*
     Elliott S. Cappuccio
     State Bar No. 24008419
     ecappuccio@pulmanlaw.com
     Leslie Sara Hyman
     State Bar No. 00798274
     lhyman@pulmanlaw.com
     Brennan R. Kucera
     State Bar No. 24076491
     bkucera@pulmanlaw.com

**EARL & ASSOCIATES, P.C.**
David L. Earl
State Bar No. 06343030
Megan J. Clay
State Bar No. 24077729
601 NW Loop 410, Suite 390
San Antonio, Texas  78216
(210) 222-1500 Telephone
(210) 222-9100 Facsimile

**ATTORNEYS FOR APPELLEES**
**MICHAEL AND THERESA HAYES**

## CERTIFICATE OF SERVICE

I certify that on the 10th day of November, 2015, the foregoing Appellees' Unopposed Motion to Postpone Oral Argument has been transmitted by electronic service in accordance with the requirements of the Texas Rules of Appellate Procedure addressed as follows:

*Via Email: alopezoffice@gmail.com*
Albert López
Law Offices of Albert López
14310 Northbrook Drive, Suite 200
San Antonio, Texas 78232

*/s/ Leslie Sara Hyman*
Leslie Sara Hyman